CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S. v.s. Shawn Winbush

FOR: 
AT: 

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): Shawn Winbush

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 2004M0486RBC-01
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): 21 § 952(a) & 960(a)   ☒ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed?  ☒ Yes  ☐ No  ☒ Am Self-Employed
- Name and address of employer: Amirel Bus Co.
- IF YES, how much do you earn per month? $ +800.00
- IF NO, give month and year of last employment. How much did you earn per month? $ ___
- If married is your Spouse employed?  ☒ Yes  ☐ No
- IF YES, how much does your Spouse earn per month? $ +400.00
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**ASSETS**

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☒ Yes  ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
  - RECEIVED: 940.00  SOURCES: Veteran's Administration

**CASH**
- Have you any cash on hand or money in savings or checking accounts?  ☒ Yes  ☐ No  IF YES, state total amount $ 400.00

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☒ Yes  ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT
  - VALUE: UNKNOWN  DESCRIPTION: 63 Chevy Impala
  - $14,000  98 Chevy Tahoe — owes + $2,000

**DEPENDENTS**
- MARITAL STATUS: ☐ SINGLE  ☒ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 4
- List persons you actually support and your relationship to them:
  - Shantora Jones — 19 - college
  - Shawn Winbush
  - Shawnette Winbush — 17
  - Shawn Winbush

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Rent $900.00/month | | | |
| | ATT Wireless | $650.00 | |
| | Credit Card | $2500.00 | |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)  X 10/8/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Shawn Winbush