ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **04CR 10364 NMG** |
| | ) | Criminal No. 04-CR-_____ |
| v. | ) | |
| | ) | VIOLATIONS: |
| 1. SHAWN WINBUSH, | ) | |
| 2. COURTNEY MIGHTY, | ) | 21 U.S.C. § 963 – |
| | ) | Conspiracy to Import Cocaine |
| | ) | |
| | ) | 21 U.S.C. §§ 952(a) & 960(a)– |
| | ) | Importation of Cocaine |
| | ) | |
| | ) | 18 U.S.C. § 2 – |
| | ) | Aiding and Abetting |
| | ) | |
| | ) | 21 U.S.C. § 853 – |
| | ) | Criminal Forfeiture Allegation |

## INDICTMENT

**COUNT ONE:**   (21 U.S.C. § 963 -- Conspiracy to Import Cocaine)

The Grand Jury charges that:

From in or about February 2004 to on or about October 6, 2004, at New Bedford, Boston, and elsewhere in the District of Massachusetts, Jamaica, and elsewhere,

      1. SHAWN WINBUSH, and
      2. COURTNEY MIGHTY,

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons unknown to the Grand Jury to import into the customs territory of the United States, from a place outside thereof, to wit: Jamaica, cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 952(a) and 960(a).

It is further alleged that the conspiracy described herein involved at least 500 grams of a

mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 960(b)(2)(B) applies to this Count.

All in violation of Title 21, United States Code, Section 963.

**COUNT TWO:**     (21 U.S.C. §§ 952(a) and 960(a) – **Importation of Cocaine**)

The Grand Jury further charges that:

On or about October 6, 2004, at Boston, in the District of Massachusetts,

    1. SHAWN WINBUSH, and
    2. COURTNEY MIGHTY,

defendants herein, did knowingly and intentionally import into the customs territory of the United States, from a place outside thereof, to wit: Jamaica, cocaine, a Schedule II controlled substance.

It is further alleged that this offense involved at least 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 960(b)(2)(B) applies to this Count.

All in violation of Title 21, United States Code, Sections 952(a) and 960(a) and Title 18 United States Code, Section 2.

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further charges that:

1. As to the offenses charged in this indictment and relevant conduct as described in USSG §1B1.3, Defendant SHAWN WINBUSH is accountable for 500 grams to 2 kilograms of cocaine. Accordingly, USSG § 2D1.1(c)(7) applies to this defendant.

2. As to the offenses charged in this indictment, Defendant COURTNEY MIGHTY is accountable for 500 grams to 2 kilograms of cocaine. Accordingly, USSG § 2D1.1(c)(7) applies to this defendant.

3. At the time that he committed the offenses in this indictment, SHAWN WINBUSH was at least eighteen years old and had at least two prior felony convictions of either a crime of violence or a controlled substance offense. Accordingly, USSG §§ 4B1.1 and 4B1.2 apply to this defendant.

## **FORFEITURE ALLEGATION**
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts I and II of this Indictment, the defendants,

      1. SHAWN WINBUSH, and
      2. COURTNEY MIGHTY,

shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

2. If any of the property described in paragraph 1 above, as a result of any act or omission of the defendants,

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p) and 21 U.S.C. § 970, to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of 21 U.S.C. § 853 and 21 U.S.C. § 970.

**A TRUE BILL,**

_____
FOREPERSON OF THE GRAND JURY


_____
Nancy Rue
Assistant U.S. Attorney



DISTRICT OF MASSACHUSETTS                December 9, 2004

Returned into the District Court by the Grand Jury Foreperson and filed.

_____
Deputy Clerk

≈JS 45 (5/97) - (Revised USAO MA 1/15/04)    04 CR 10364 NMG

**Criminal Case Cover Sheet**                                    U.S. District Court - District of Massachusetts

**Place of Offense:** Massachusetts    **Category No.** II    **Investigating Agency** ICE

**City** Boston                        **Related Case Information:**

**County** Suffolk                     Superseding Ind./ Inf. _____    Case No. _____
                                       Same Defendant _____    New Defendant _____
                                       Magistrate Judge Case Number    04-499-RBC
                                       Search Warrant Case Number _____
                                       R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Shawn Winbush            Juvenile    ☐ Yes    ☒ No

Alias Name    _____

Address    166 Purchase Street, New Bedford, MA

Birth date (Year only): 67    SSN (last 4 #): 8160    Sex m    Race: B    Nationality: USA

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA    Nancy Rue                        Bar Number if applicable _____

Interpreter:    ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:    ☐ Yes  ☒ No

   ☐ Warrant Requested        ☐ Regular Process        ☒ In Custody

**Location Status:**

**Arrest Date:** October 7, 2004

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty    ☐ Misdemeanor    ☒ Felony    2

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 4 Dec 04        **Signature of AUSA:** _____

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Shawn Winbush

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 963 | Conspiracy to Import Cocaine | one |
| Set 2  21 USC 952(a) & 960(a) | Importation of cocaine into United States | two |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**     04CR10364NMG     **U.S. District Court - District of Massachusetts**

Place of Offense: __Massachusetts__    Category No. __II__    Investigating Agency __ICE__

City __Boston__    Related Case Information:

County __Suffolk__    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____ New _____
Magistrate Judge Case Number __04-499 RBC__
Search Warrant Case _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant __Courtney Mighty__    Juvenile ☐ Yes ☒ No

Alias Name _____

Address __166 Purchase Street, New Bedford, MA__

Birth date (Year only): __82__    SSN (last 4 #): __8161__    Sex __m__    Race: __B__    Nationality __USA__

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Nancy Rue__    Bar Number if applicable _____

Interpreter: ☐ Yes ☒ No    List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date: __October 7, 2004__

☒ Already in Federal Custody as _____ in __USMS__
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document: ☐ Complaint ☐ Information ☒ Indictment

Total # of Counts: ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __9 Dec 04__    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse    04CR10364 NMG

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Courtney Mighty

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 963 | Conspiracy to Import Cocaine | one |
| Set 2  21 USC 952(a) & 960(a) | Importation of cocaine into United States | two |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**