December 13, 2004
Shawn Winbush #11729
26 Long Pond Road
Plymouth, MA  02360

United States District Court
One Courthouse Way
Boston, MA
Attention:  Magistrate Robert Collings

04 CR 10364 -NMG

Dear Sir:

Your honor, Pretrial has deemed me a danger to society. I am not a danger to society, I am a part-time soldier and a full-time parent. While on the street two of my four children lived with me. My oldest daughter attends classes at Roxbury Community College. She is employed at Milford Hospital in a work study program. I am a fifteen year Veteran of the Army National Guard and Reserve in which I have volunteered for two missions. One in the states and the other Over Seas. I also sell cars, I rent a lot in New Bedford which I have about ten cars. I wish to have temporary release and close down and sell off the cars so that I can leave my family with something. Also, I would like to spend time with my children before serving my time.

Since, I have denied Bond I would request to be sent to a facility that would tend to my medical needs, Plymouth does not. On the street I assistance from the Veterans Affairs (VA) for PTSD and a mood disorder. Also I have a eating disorder and need to be on a special diet, they are not treating me for medical disorders. I also met with a psychologist bi-weekly on the street with help dealing with my mood disorder. I take numerous medicines that they refuse to give me. Also, while in Plymouth transport van the driver jacked the brake which I suffered a herniated disc. I've seen they back specialist who told me what the pain was from that I am experiencing. They do give me muscle relaxers for the back problems.

I would also like to request that my property be released to my wife. She has made several attempts to retrieve it and has been unsuccessful.

Your honor, since I have been denied Bond could you please send me to a facility that can help with my medical needs, such as Wyette, OCC or Fort Devens.

Thank you for any help you can provide.

Respectfully submitted,

Shawn Winbush

Shawn Winbush