**United States District Court**

**For The District of Massachusetts**

FILED
IN CLERKS OFFICE

2005 JAN 27 P 3: 13

U.S. DISTRICT COURT
DISTRICT OF MASS

04-cr-10364-NMG

---

**United States of America**

v.

**Shawn Winbush,**
     **Defendant**

---

### AMENDED NOTICE OF APPEARANCE

    Please notice the appearance of Lawrence P. Novak, as Counsel for Defendant in the above-captioned action. Previous notice sent had an incorrect address.

                                  Respectfully Submitted,
                                  Shawn Winbush
                                  by his attorney,

                                  Lawrence P. Novak
                                  BBO # 548589
                                  235 Candy Lane
                                  Brockton, MA 02301
                                  508-588-1828

Dated: January 19, 2005