UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Criminal No. 04-10364-NMG |
| | ) | |
| | ) | |
| SHAWN WINBUSH | ) | |
| Defendant | ) | |
| _____ | ) | |

## MOTION OF ATTORNEY VICTORIA M. BONILLA
## TO WITHDRAW AS COUNSEL

Defendant SHAWN WINBUSH is an indigent and has previously been granted in forma pauperis status. The undersigned attorney was appointed pursuant to the CJA. Counsel respectfully submits that Defendant has now hired private counsel and, therefore, she moves to withdraw.

Date:   2/9/05                           Respectfully submitted,


                                         /S/  *Victoria M. Bonilla*

                                         Victoria Bonilla-Argudo  BBO #558750
                                         77 Central St., 2nd Floor
                                         Boston, MA 02109
                                         (617)350-6868

                                         Attorney for Defendant