# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

      v.                    CRIMINAL NO. 2004-10364-NMG

SHAWN WINBUSH,
      Defendant.

## *ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

12/9/2004 - Indictment returned.

12/17/2004 - Arraignment

12/18/2004 - 1/14/2005 - Excluded as per L.R. 112.2(A)(2)

2/9 - 15/2005 - Filing to decision on Motion #21.

2/16/2005- Conference held.

2/17 - 3/9/2005 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of March 9, 2005, THIRTY-TWO (32) non-excludable days will

have occurred leaving THIRTY-EIGHT (38) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

February 18, 2005.