13 Hazard Court
New Bedford, MA 02740
June 9, 2005


U.S. District Court
District of Massachusetts
United States Courthouse
One Courthouse Way
Boston, MA 02210
Attention: Judge Nathaniel M. Gorton

Your Honor,

I would respectfully like to request your assistance and/or advice in a transfer for my husband Shawn Winbush (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). He is a Federal inmate currently being held at Essex County Correctional Facility. He has severe medical problems that are not being addressed there. He is a Veteran and has been diagnosed with PSTD, Bipolar, anorexia, herniated disk, depression, and high blood pressure.

Due to an incident with other inmates he was recently moved into, 120B-a gang unit, where he does not belong. There are only two units that hold Federal inmates and that facility and he cannot be placed in either because he has problems with guys in both of the units. In, 120B they only come out, maybe, 4-6 hours daily and he cannot access all of his property. He has a hot plate but cannot use it in that unit. He suffers from anoxeria and has begun to loose weight.

This subject has been raised with the Marshalls but he still hasn't been moved. He has to appear in court on June 17, 2005. I hope he can be released or moved to a suitable facility such as Ft. Devens, Barnstable or Plymouth on that date or there after.

The travel to Middleton from my house is almost two hours one-way. Due to that and my children's active schedules they have not been able to see their dad on a regular schedule like they are use. Before his incarceration my children were living with him. This whole transition has been very difficult for my family. My daughter is graduating on June 16, 2005 and would like to spend time with her dad before leaving for Florida to attend college.

Thank you in advance for any assistance that you would be able to provide to us.

Respectfully submitted,

*Wendy Winbush*
Wendy Winbush