06/15/05

Dear Judge Gordon

My name is Shawn Winbush I am currently being held at ECCF I've been here six month without a disciplinary report There are only two units that houses federal inmates at this jail there are many factions in existence in both units I have ended up on the bad side of a certain element and because there is only one of me I was forced to Exit, Now and for the last twenty six days I've been living on the gang unit where you are in your cell for nineteen to twenty hours a day also you are not allowed to buy food from canteen that requires cooking because your not allowed your hot pot or a walkman I request that I'd be sent back to Plymouth County so that I might obtain suitable living conditions

thank you Respectfull submitt Shawn Winbush