06/15/05

Dear Judge Gordon

My name is Shawn Winbush this is a request to be released on bond
I am married but separated but on very good terms with my wife Wendy Winbush Before being arrested two of our four children lived with me my oldest daughter attends Roxbury Community College my youngest daughter will be starting her first semester at a college in daytona beach florida all of my children are A- and B students I have been with them all since birth and consider myself an active parent
I am also a member of the Army National Guard inwhich Ive been a member for fifteen years with one break in service
I just returned from operation Noble Eagle in 2002 and volunteered for a fourteen month mission in Afganistan which was scheduled to leave last february also I have a used car lot with an INVentory of about eleven cars I also have a job with my former counselor now family friend removing hazardous wastes

Also I still help financially support my wife and children whom have suffered tremendously since my arrest also my wife is disabled since a seizure a few years ago so from time to time she needs help with everyday things

My mom who is seventyfive year of age and my sister have agreed to put there home up to cover bond

I am a loved and respected member of my family and since retaining counsel I am having cases vacated so that I am not in the career crimminal statute so in closing

I am tring to work through my current situation and get back to a normal life and return to raising my son Shawn also I am a disabled Vet receiving 50% disability which my children Shantora, RayShawn, Shawnette and Shawn depend on for support, if ~~released~~ released I would not leave the Community

Respectfully submitted

Shawn Wirlush