UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br>        Plaintiff<br><br>v.<br><br>SHAWN WINBUSH<br>        Defendant. | )<br>)<br>)<br>)   DOCKET NO.: 04 CR 10364 NMG<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF ATTORNEY LAWRENCE P. NOVAK IN SUPPORT OF DEFENDANT'S MOTION FOR PYSCHIATRIC EVALUATION

**I, Lawrence P. Novak, do state that the following is a true and accurate statement of fact:**

1. My name is Lawrence P. Novak. I am an attorney licensed to practice law in the Commonwealth of Massachusetts.

2. I represent the defendant, Shawn Winbush.

3. Shawn Winbush has a history of mental illness.

4. Due to Mr. Winbush's mental illness, I do not believe he understood that by pleading guilty he was waiving his right to a trial at which he could be acquitted unless the prosecutor proved his guilt beyond a reasonable doubt.

5. Due to Mr. Winbush's mental illness, I do not believe he understood that by pleading guilty he was giving up his right to have his attorney cross-examine the Commonwealth's witness, in addition to his giving up his right to remain silent without it being held against him.

6. I do not believe that Mr. Winbush would be able to understand any explanation by a sentencing judge as to what rights he was giving up, and therefore, a sentencing judge would be unable to correctly and accurately state that Mr. Winbush understood said instructions.

7. Without a psychiatric evaluation of Mr. Winbush, I believe that the Court will be sentencing a defendant who is not capable of understanding the consequences of his actions.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.**

_____
Lawrence P. Novak

July 21, 2005
Date