UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff )<br> )<br>v. )<br> )<br>SHAWN WINBUSH )<br>Defendant. )<br>_____ ) | 04 CR 10364 NMG |

### DEFENDANT'S MOTION FOR FINANCIAL ASSISTANCE FOR PSYCHIATRIC EVALUATION

NOW COMES THE DEFENDANT SHAWN WINBUSH by and through his attorney of record and respectfully moves this Honorable Court to order funding for the Defendant's requested psychiatric evaluation. Mr. Winbush does not have sufficient funds for a psychiatric evaluation that is crucial in light of Mr. Winbush's history of mental illness. Given these facts, this Honorable Court should grant Defendant's request for funds.

Respectfully submitted
Shawn Winbush
by his attorney,

_____
Lawrence P. Novak
235 Candy Lane
Brockton, MA 02301
508-587-8400
BBO# 548589

Date: July 21, 2005

*Motion allowed; funds are authorized up to $2,000.-*

*/s/ NMGorton, USDJ 8/2/05*