UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | Criminal No.: 04 CR 10364 NMG |
| | ) | |
| SHAWN WINBUSH | ) | |
|     Defendant. | ) | |
| | ) | |

MOTION TO CONTINUE

NOW COMES THE DEFENDANT Shawn Winbush, by and through his attorney of record, and respectfully requests this Honorable Court to grant this Motion to Continue moving the trial date from its current scheduled dates of August 15 and 16 to October 17 and 18.  The reasons are as follows:

1. I have spoken to Dr. William Land, a psychiatrist, who has agreed to evaluate Mr. Winbush for the $2,000 the Court has allowed, but he is not able to complete the evaluation before October 15, 2005.
2. Dr. Land's contact information is as follows:

        William B. Land, M.D.
        831 Beacon Street
        Newton Centre, MA 02459
        PH: 617-964-5503

        Respectfully submitted,
        Shawn Winbush
        By his attorney

            /s/ Lawrence P. Novak
        Lawrence Novak
        BBO# 548589
        235 Candy Lane
        Brockton, MA 02301
        508-587-8400

Date: August 9, 2005