Sept 25, 2005

Dear Judge Gorton

 I am writing you to inform you f my current situation my lawyer MR Novak has r  into his own legal troubles and he has informed me he now doubts his effectivness in represen  ig me. I hired MR Novak to file a motion to sur  ss, vacate three cases and go to tRial with m  he has not filled any of his obligations to me yet and it looks like he won't.
 I have spent my last dollar on MR Novak    id Iam scheduled for trial on Nov 18 and Iam still eligible for Career Criminal er ancement although he has two of the three old convi  ions open for review, the board of over seers has informed my wife that MR Novak could be suspened at anytime, so I will need a pu  ic defender. Also my wife and I are goi  j through proper channels to have some mor  f returned from MR Novak.
 I have been waiting tRial one year, wi  i MR Novaks minor set back Ive been told   could have me sitting another year, if it is  ssible

for ms Rue to make a fair offer I would be open to exsept it, to save s all time and money.

Thank you for taking time to read th letter.

Respectfully Submitted
Shawn Winbush
*Shawn Winbush*