UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA   )
            Plaintiff     )
                          )  Cr.# 04-10364
      v.                  )
                          )
SHAWN WINBUSH             )
            Defendant     )
_____  )
```

**DEFENDANT SHAWN WINBUSH'S MOTION TO SCHEDULE A RULE 11 HEARING**

This matter is scheduled for status on Monday, November 14, 2005. The defendant requests that the Court schedule the matter for a Rule 11 hearing on a date convenient to the Court.

The Defendant, through counsel, has advised the government of his intent to plea guilty.

Respectfully submitted,

/s/ *Victoria M. Bonilla*

Victoria M. Bonilla-Argudo
BBO# 558750
77 Central St., 2nd Fl.
Boston, MA 02109
617-350-6868

1