UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
            Plaintiff       )
                            )   Criminal No. 04-10364
      v.                    )
                            )
SHAWN WINBUSH               )
            Defendant       )
_____)

**NOTICE OF APPEAL**

COMES NOW defendant SHAWN WINBUSH by and through his attorney of record, and hereby appeals from this Court's judgement and sentence in the above entitled matter.


Date: March 3, 2006                Respectfully submitted,

                                   /s/ *Victoria M. Bonilla*

                                   VICTORIA M. BONILLA-ARGUDO
                                   BBO# 558750
                                   77 Central St., 2nd Floor
                                   Boston, MA 02109
                                   (617) 350-6868

                                   Attorney for Defendant



                        Certificate of Service

   I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 3, 2006.

                             /s/ *Victoria M. Bonilla*