04-10364
USDC/MA-Bo
Gorton, N.

# MANDATE

## United States Court of Appeals
### For the First Circuit

---

No. 06-1618

UNITED STATES,

Appellee,

v.

SHAWN WINBUSH,

Defendant, Appellant.

---

Before

Torruella, Circuit Judge,
Selya, Senior Circuit Judge,
and Lynch, Circuit Judge.

---

**JUDGMENT**
**Entered: February 5, 2007**

    Shawn Winbush pleaded guilty to a federal drug trafficking offense and was sentenced to 188 months' imprisonment. On this appeal, his counsel has submitted a brief and motion to withdraw pursuant to Anders v. California, 386 U.S. 738 (1967). Appellant has made no separate submission. After careful review of counsel's brief and the underlying record, we conclude that there are no non-frivolous issues for appeal.

    The motion to withdraw is granted and the judgment of the district court is affirmed. See 1st Cir. Loc. R. 27.0(c).

By the Court:

Richard Cushing Donovan, Clerk.

By: _____
Chief Deputy Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk
Date: 4/6/07

[cc: Thomas C. Foley, Esq., Nancy Rue, AUSA,
Dina Michael Chaitowitz, AUSA, Shawn Winbush]