UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHAWN WINBUSH,

    PETITIONER,

VS.

UNITED STATES OF AMERICA,

    RESPONDENT.

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 1;04-cr-10364-nmg-1

I, **Shawn Winbush**, declare that I am the Petitioner, in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or cost under 28 USC § 1915 I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the petition.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   **YES**

   If "yes" state the place of your incarceration **FCI Fort Dix, NJ.**

   Are you employed at this institution? **YES**   Do you receive any payment from this institution?   **Yes**   **$180.00 monthly**

2. Are you currently employed?   **Yes   see above**

   a. If the answer is "yes" state the amount of your take-home or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the amount of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past twelve (12) months have you received any money from any of the following sources?

   a. Business, profession or other self-employment. . . . . .  **No**
   b. Rent payments, interest or dividents. . . . . . . . . .  **No**
   c. Pensions, annuities or life insurance payments. . . . .  **NO**
   d. Disability or workers compensation payments . . . . . .  **NO**
   e. Gifts or inheritances. . . . . . . . . . . . . . . . . . **NO**
   f. Any other sources. . . . . . . . . . . . . . . . . . . . **NO**

4. Do you have cash or checking or saving accounts?  **YES**

   If "Yes" state the total amount (inmate account balance- **$54.00**

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  **NO**

   If "Yes" describe the property and state its value:

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   **4 Children-unable to contribute to their support at this Time**

I declare under penalty of perjury that the above information is true and correct.

6/26/08
DATE

_____
SIGNATURE OF APPLICANT

NOTICE TO PRISONER: A prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in his institutional inmate account.

## CERTIFICATE

( incarcerated applicant only )

( To be completed by the institution of incarceration )

I certify that the applicant named herein has the sum of $ 2.30 on account to his/ her credit at (Name of Institution FCI Fort Dix  I further certify that the applicant has the following securities to his/her credit:  —0—

I further certify that during the past six months the applicant's average balance was $  80.00

6-17-08
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

## All Transactions



| Inmate Reg #: | 25382038 | Current Institution: | Fort Dix FCI |
| --- | --- | --- | --- |
| Inmate Name: | WINBUSH, SHAWN | Housing Unit: | FTD-E-C |
| Report Date: | 06/17/2008 | Living Quarters: | E03-174L |
| Report Time: | 3:36:05 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
| --- | --- | --- | --- | --- | --- |
| 6/17/2008 11:52:50 AM | Sales | ($52.30) | 11 | | $2.20 |
| 6/12/2008 9:30:55 AM | Bills | ($100.00) | | 3041 | $54.50 |
| 6/10/2008 11:33:19 AM | Sales | ($80.50) | 7 | | $154.50 |
| 6/10/2008 11:21:31 AM | Sales | ($68.60) | 2 | | $235.00 |
| 6/9/2008 11:56:57 AM | Inmate Co-pay | $2.00 | HICP0508-V | | $303.60 |
| 6/4/2008 4:26:11 PM | Payroll - UNICOR | $206.39 | 002138 | | $301.60 |
| 5/16/2008 1:34:12 PM | Inmate Co-pay | $2.00 | HICP0508-V | | $95.21 |
| 5/15/2008 11:52:19 AM | Sales | ($55.90) | 19 | | $93.21 |
| 5/14/2008 5:36:31 PM | Sales | ($15.35) | 31 | | $149.11 |
| 5/8/2008 9:40:10 AM | Payroll - UNICOR | $163.31 | 002128 | | $164.46 |
| 5/7/2008 4:34:31 PM | Inmate Co-pay | ($2.00) | HICP0508 | | $1.15 |
| 5/2/2008 11:52:43 AM | Headphones | ($6.00) | | 2448 | $3.15 |
| 5/1/2008 1:43:30 PM | Inmate Co-pay | ($2.00) | HICP0508 | | $9.15 |
| 4/29/2008 11:32:18 AM | Sales | ($24.30) | 13 | | $11.15 |
| 4/22/2008 11:27:16 AM | Sales | ($24.60) | 4 | | $35.45 |
| 4/15/2008 11:35:18 AM | Sales | ($57.20) | 5 | | $60.05 |
| 4/8/2008 11:23:40 AM | Sales | ($37.65) | 6 | | $117.25 |
| 4/4/2008 11:12:53 AM | Payroll - UNICOR | $154.10 | 002112 | | $154.90 |
| 4/2/2008 11:58:56 AM | Sales | ($8.20) | 10 | | $0.80 |
| 4/2/2008 11:57:41 AM | Sales | ($50.80) | 9 | | $9.00 |
| 3/25/2008 2:56:32 PM | Inmate Co-pay | ($2.00) | HICP0308 | | $59.80 |
| 3/17/2008 11:56:52 AM | Sales | ($24.05) | 10 | | $61.80 |
| 3/10/2008 12:03:18 PM | Sales | ($47.80) | 11 | | $85.85 |
| 3/4/2008 3:50:52 PM | Payroll - UNICOR | $133.17 | 002095 | | $133.65 |
| 2/11/2008 11:28:56 AM | Sales | ($39.15) | 8 | | $0.48 |
| 2/11/2008 11:20:59 AM | Sales | ($78.00) | 2 | | $39.63 |
| 2/8/2008 10:41:56 PM | Phone Withdrawal | ($1.00) | TFN0208 | | $117.63 |
| 2/5/2008 10:51:42 AM | Payroll - UNICOR | $118.45 | 002074 | | $118.63 |
| 1/7/2008 5:36:31 PM | Sales | ($1.00) | 44 | | $0.18 |
| 1/7/2008 11:54:44 AM | Sales | ($133.27) | 23 | | $1.18 |
| 1/4/2008 8:38:26 AM | Payroll - UNICOR | $134.32 | 002052 | | $134.45 |
| 12/6/2007 11:45:43 AM | Sales | ($3.35) | 23 | | $0.13 |
| 12/6/2007 11:38:12 AM | Sales | ($1.85) | 18 | | $3.48 |
| 12/6/2007 11:35:49 AM | Sales | ($137.50) | 17 | | $5.33 |
| 12/5/2007 9:44:35 AM | Payroll - UNICOR | $142.14 | 002037 | | $142.83 |
| 11/8/2007 11:30:59 AM | Sales | ($1.00) | 7 | | $0.69 |
| 11/8/2007 11:29:42 AM | Sales | ($52.60) | 6 | | $1.69 |
| 11/8/2007 11:12:23 AM | Sales | ($55.25) | 2 | | $54.29 |
| 11/3/2007 12:10:22 AM | Inmate Co-pay | ($2.00) | HICD1007 | | $109.54 |
| 11/3/2007 12:10:22 AM | Debt Encumbrance - Released | $1.76 | HICD1007-217 | | |
| 11/3/2007 12:10:22 AM | Debt Encumbrance - Released | $0.24 | HICD1007-115 | | |
| 11/2/2007 8:22:48 PM | Phone Withdrawal | ($1.00) | TFN1102 | | $111.54 |
| 11/2/2007 3:18:49 PM | Debt Encumbrance | ($1.76) | HICD1007-217 | | |
| 11/2/2007 3:18:49 PM | Payroll - UNICOR | $112.30 | 002016 | | $112.54 |
| 10/11/2007 2:43:31 PM | Debt Encumbrance | ($0.24) | HICD1007-115 | | |
| 10/4/2007 12:19:55 PM | Sales | ($92.95) | 2 | | $0.24 |
| 10/3/2007 12:10:14 AM | Inmate Co-pay | ($2.00) | GICD0907 | | $93.19 |
| 10/3/2007 12:10:14 AM | Debt Encumbrance - Released | $1.68 | GICD0907-35 | | |
| 10/3/2007 12:10:14 AM | Debt Encumbrance - Released | $0.32 | GICD0907-2344 | | |
| 10/2/2007 1:21:20 PM | Debt Encumbrance | ($1.68) | GICD0907-35 | | |

1 2

FORT DIX FCI                           Page 1 of 1                           01-17-2008 13:02

# All Transactions

🖨 PRINT

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 25382038 | **Current Institution:** | Fort Dix FCI |
| **Inmate Name:** | WINBUSH, SHAWN | **Housing Unit:** | FTD-E-C |
| **Report Date:** | 06/17/2008 | **Living Quarters:** | E03-174L |
| **Report Time:** | 3:36:18 PM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 10/2/2007 1:21:20 PM | Payroll - UNICOR | $94.87 | 002002 | | $95.19 |

1 2